Opinion issued March 8, 2007.












 






In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00039-CV






IN RE AIR STARTER COMPONENTS, INC., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, Air Starter Components, Inc., challenges the trial
court's (1) November 3, 2006 order denying Air Starter Components, Inc.'s motion to compel
production of unredacted or complete Encase images of hard drives and corporate records.

 We deny the petition for writ of mandamus.

 PER CURIAM



Panel consists of Justices Taft, Alcala, and Hanks. 

1. --